UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-128 |
| | ) | (PHILLIPS/GUYTON) |
| WILLIAM DREW, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned on November 16, 2005, for an initial appearance and arraignment on an indictment. Special Assistant United States Attorney Brownlow Marsh was present for the government and Mike Whalen appeared as CJA appointed counsel for the defendant

The defendant is currently serving a term of imprisonment on state charges and was brought before this Court on a writ. The defendant and his attorney executed a Waiver of Detention Hearing in open court reserving the defendant's right to request a hearing at a later date if his circumstances should change.

Accordingly, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States

Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

                                               s/ H. Bruce Guyton
                                      United States Magistrate Judge